**Scott H. Palmer, P.C.**
Attorney & Counselor at Law

214.987.4100
Fax 214.922.9900
1.888.499.9595

October 4, 2011

Honorable Carol B. Amon
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    *United States of America vs. Anna Fermanova*
                  *Case No. 1:11cr0008 (CBA)*

Dear Chief Judge Amon:

For the reasons set out below, Defendant Anna Fermanova, respectfully requests an adjournment of her current sentencing hearing scheduled for October 14, 2011 at 2:00 p.m. until October 24, 2011 at 10:30 a.m.

## PROCEDURAL HISTORY

On September 29, 2011 the Court began the sentencing hearing on this case. The Court adjourned the hearing and requested additional briefing by the Government and a response from Fermanova's counsel. The Court rescheduled the sentencing hearing for October 14, 2011 at 2:00 p.m.

## RELIEF SOUGHT

With the consent of the Government, Ms. Fermanova requests adjournment the October 14, 2011 sentencing date. In support of this request, Ms. Fermanova relies on the following as good cause for the Court to grant the adjournment:

Ms. Fermanova's 81 year old grandmother, Nesya Fermanova, is scheduled to undergo colon cancer surgery on October 13, 2011 at Medical Center of Plano hospital in Plano, Texas. Ms. Fermanova's grandmother is very ill and is expected to stay in the hospital for at least five days. Anna Fermanova is needed to be present in the hospital during this time to translate for her grandmother who speaks no English as well as to provide comfort and support to her grandmother and family during this difficult time.

The Honorable Chief Judge Carol B. Amon
United States District Judge
Eastern District of New York
October 4, 2011
Page 2 of 2

   On October 3, 2011, the undersigned counsel spoke with Assistant United States Attorney Seth DuCharme. Mr. DuCharme consents to this adjournment and is available on October 24, 2011 at 10:30 a.m.

            Respectfully submitted,

            /s/Scott H. Palmer
            Scott H. Palmer
            (214) 987-4100
            Attorney for Defendant

cc:  Seth Ducharme