SDD
F.#2010R00844

*Application granted.*
*So Ordered*
s/CBA
10/27/11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ANNA FERMANOVA,

   Defendant.

- - - - - - - - - - - - - - - -X

A P P L I C A T I O N

11 CR 08 (CBA)

SETH DUCHARME hereby declares as follows:

   1. I am an Assistant U.S. Attorney for the Eastern District of New York, assigned to the prosecution of the above captioned case.

   2. On September 9, 2011, the government filed a sealed sentencing submission, which included several attachments. Exhibit B to the government's sentencing submission was the Declaration of Colonel Kevin McDonnell ("McDonnell Declaration").

   3. On October 24, 2011, the government made an oral application to the Court to unseal the McDonnell Declaration. The application was not opposed by the defendant, and was granted on the record in open court.

   4. The government respectfully requests that the Clerk of the Court be directed to unseal the McDonnell Declaration, attached as Exhibit B to the government's September 9, 2011 sentencing submission, and to maintain the remainder of

2

the government's sentencing memorandum under seal for the reasons set forth therein.

Dated:    Brooklyn, New York
          October 26, 2011

                              /s/ signature
                              Seth D. DuCharme
                              Assistant U.S. Attorney
                              (718) 254-6021