# Scott H. Palmer, P.C.
## Attorney & Counselor at Law

214.987.4100
Fax 214.922.9900
1.888.499.9595

November 29, 2011

Chief Judge Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Application granted*
*So Ordered*
s/CBA
11/30/11

Re:  *United States of America v. Anna Fermanova*
     *Case no. 1:11cr00008-CBA*

Dear Judge Amon:

On October 24, 2011, this Court committed Anna Fermanova to the custody of the United States Bureau of Prisons to be imprisoned for a total of four (4) months. Ms. Fermanova was ordered to self-surrender at the institution designated by the Bureau of Prisons before noon on December 5, 2011.

On November 28, 2011, the undersigned attorney contacted the United States Marshals service to inquire about Ms. Fermanova's prison designation. Mr. John Paul Aragon, Criminal Support Specialist with the United States Marshals Service for the Northern District of Texas informed the undersigned that a computer check revealed that Ms. Fermanova was awaiting designation to a medical facility, but as of November 28, 2011 no such designation had been made. (See attached printout from United States Marshall SENTRY system that BOP utilizes to track and store inmate information).

This information was confirmed by Adam Mackey also with the United States Marshals office in the Eastern District of New York. Undersigned Counsel emailed Mr. Mackey to inquire as to when he though a designation for Ms. Fermanova would be forthcoming and Mr. Mackey replied that he "can't give [me] a time of when she will be designated. It is in the hands of the BOP".

The Marshal Aragon informed me that absent an extension from this Court, Ms. Fermanova will need to surrender the United States Marshall at their Plano, Texas office by noon on December 5, 2011. She will then be transferred to the Fannin County Jail where she will be incarcerated until the BOP designates which facility she would be transferred to.

15455 Dallas Parkway • Suite 540 • Addison, Texas 75001
www.scottpalmerlaw.com

Because the BOP has preliminarily classified Ms. Fermanova for a medical facility, Counsel believes that incarcerating Ms. Fermanova in a county jail while she awaits her BOP designation, from medical and safety perspective would not be in Ms. Fermanova's best interest.

Ms. Fermanova requests the Court to extend her voluntary surrender date until January 9, 2012, to give the BOP additional time to designate a facility to which Ms. Fermanova shall surrender.

On November 28, 2011, Counsel for Ms. Fermanova spoke to Assistant United States Attorney Seth DuCharme about his position in regards to this request. Mr. DuCharme informed Counsel that the Government would take no position on the matter.

Respectfully submitted,

/s/

Scott H. Palmer

Enclosure: As stated

cc: Seth Ducharme
US Attorney's Office