

DSS:SDD
F.#2010R00844

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ANNA FERMANOVA,

       Defendant.

- - - - - - - - - - - - - - - -X

<u>ORDER</u>

11 CR 0008 (CBA)

       Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Seth D. DuCharme, for an order exonerating the defendant's bail in the above-captioned matter.

       WHEREAS, on July 9, 2010, the defendant was charged by a complaint issued in the Eastern District of New York;

       WHEREAS, the defendant was arrested in the Northern District of Texas and thereafter ordered removed to the Eastern District of New York;

       WHEREAS, on August 8, 2010, the Honorable Ramon E. Reyes, Jr. set the defendant's bail at $50,000 with $7,500 cash posted in the Northern District of Texas;

       WHEREAS, on January 14, 2011, the defendant waived indictment and pled guilty to an information charging her with one count of attempting to violate the Arms Export Control Act ("AECA") in violation of Title 22, United States Code, Sections

2

2778(b)(2) and (c);

WHEREAS, on October 24, 2011, the Court sentenced the defendant to a term of incarceration of 4 months, to be followed by 36 months of supervised release, 4 months monitored home detention as directed by the U.S. Probation Department and a fine of $1,000 to be paid over the first two years of supervised release;

WHEREAS, on May 4, 2012, the defendant was released from the custody of the Bureau of Prisons;

WHEREAS, on May 17, 2012, the Court ordered the government to prepare a proposed order for the exoneration of bail;

It is hereby **ORDERED** that bail in the above-referenced case is exonerated and the Clerk of the U.S. District Court for the Northern District of Texas shall return the $7,500 posted for bail to the defendant.

Dated:   Brooklyn, New York
         May  29 , 2012

s/CBA

_____
HONORABLE CAROL B. AMON
CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK